AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| STOP THE CASINO 101 COALITION, et al. )<br>Plaintiff )<br>v. )<br>DIRK KEMPTHORNE, Secretary of US DOI )<br>Defendant ) | Civil Action No.   C 08-02846 JCS |

**Summons in a Civil Action**

To:   Dirk Kempthorne, Secretary of US Dept of Interior
          *(Defendant's name)*

A lawsuit has been filed against you.

    Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephan C. Volker, Esq.
Law Offices of Stephan C. Volker
436 - 14th Street, Suite 1300
Oakland, California 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:   06/16/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*