10.322

1 | STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #226898)
2 | LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
3 | Oakland, California 94612
Telephone: 510/496-0600
4 | Facsimile: 510/496-1366

5 | Attorneys for Plaintiffs
STOP THE CASINO 101 COALITION,
6 | CHIP WORTHINGTON, LINDA WORTHINGTON,
MARILEE MONTGOMERY, ORLEAN KOEHLE,
7 | MICHAEL ERICKSON, and MICHAEL T. HEALY

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STOP THE CASINO 101 COALITION, | Civ. No. C 08-02846 JCS |
|---|---|
| CHIP WORTHINGTON, LINDA WORTHINGTON, MARILEE MONTGOMERY, ORLEAN KOEHLE, MICHAEL ERICKSON, and MICHAEL T. HEALY, | **PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED COURT NOTICES ON DEFENDANTS** |
| Plaintiffs, | |
| v. | |
| DIRK KEMPTHORNE, Secretary of the United States Department of the Interior; CARL J. ARTMAN, Assistant Secretary of the United States Department of the Interior for Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; JERRY GIDNER, Director, Bureau of Indian Affairs, Department of the Interior, DALE MORRIS, Pacific Regional Director, Bureau of Indian Affairs, Department of the Interior; and UNITED STATES BUREAU OF INDIAN AFFAIRS, | |
| Defendants. | |

## PROOF OF SERVICE

I am a citizen of the United States of America; I am over the age of 18 years and not a party to within entitled action. My business address is 436 14th Street, Suite 1300, Oakland, California 94612.

On June 16, 2008, I served a true copy of the following documents entitled:

Summons

Complaint for Declaratory and Injunctive Relief

Notice of Assignment of Case to a United States Magistrate Judge for Trial

Case Management Conference Order

Order Setting Initial Case Management Conference and ADR Deadlines

Standing Order

Civil Standing Orders for Magistrate Judge Joseph C. Spero

Standing Order for All Judges of the Northern District of California

Standing Order Re: Case Management Conference

Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

Clerk's Notice to Plaintiffs re: Consent or Declination to Proceed before a U.S. Magistrate Judge

Consent to Proceed Before a United States Magistrate Judge

Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

Notice of Rule Discontinuing Service by Mail

Welcome to the U.S. District Court, San Francisco

U.S. District Court Northern California - ECF Registration Information Handout

List of Magistrate Judges

///

///

in the above-captioned matter on all of the defendants in this action as listed below by Certified Mail with Return Receipt Requested:

| | |
|---|---|
| Dirk Kempthorne, Secretary<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240 | Jerry Gidner, Director<br>U.S. Bureau of Indian Affairs<br>1849 C Street NW<br>Washington, D.C. 20240 |
| Carl J. Artman, Assistant Secretary<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240 | United States Bureau of Indian Affairs<br>1849 C Street NW<br>Washington, D.C. 20240 |
| U.S. Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240 | Dale Morris<br>Bureau of Indian Affairs<br>2800 Cottage Way<br>Sacramento, CA 95825 |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2008

_____
Yuri Miyagawa