10.322

STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #226898)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, California 94612
Telephone: 510/496-0600
Facsimile: 510/496-1366

Attorneys for Plaintiffs
STOP THE CASINO 101 COALITION,
CHIP WORTHINGTON, LINDA WORTHINGTON,
MARILEE MONTGOMERY, ORLEAN KOEHLE,
MICHAEL ERICKSON, and MICHAEL T. HEALY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOP THE CASINO 101 COALITION, CHIP WORTHINGTON, LINDA WORTHINGTON, MARILEE MONTGOMERY, ORLEAN KOEHLE, MICHAEL ERICKSON, and MICHAEL T. HEALY, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the United States Department of the Interior; CARL J. ARTMAN, Assistant Secretary of the United States Department of the Interior for Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; JERRY GIDNER, Director, Bureau of Indian Affairs, Department of the Interior, DALE MORRIS, Pacific Regional Director, Bureau of Indian Affairs, Department of the Interior; and UNITED STATES BUREAU OF INDIAN AFFAIRS, <br><br> Defendants. | Civ. No. C 08-02846 JCS <br><br> **PROOF OF SERVICE OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Proof of Service of Consent To Proceed Before A United States Magistrate Judge

# PROOF OF SERVICE

I am a citizen of the United States of America; I am over the age of 18 years and not a party to within entitled action. My business address is 436 14th Street, Suite 1300, Oakland, California 94612.

On June 23, 2008, I served a true copy of the following document entitled: **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** in the above-captioned matter on all of the defendants in this action as listed below by first class mail at Oakland, California:

| | |
|---|---|
| Dirk Kempthorne, Secretary<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240 | Jerry Gidner, Director<br>U.S. Bureau of Indian Affairs<br>1849 C Street NW<br>Washington, D.C. 20240 |
| Carl J. Artman, Assistant Secretary<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240 | United States Bureau of Indian Affairs<br>1849 C Street NW<br>Washington, D.C. 20240 |
| U.S. Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240 | Dale Morris<br>Bureau of Indian Affairs<br>2800 Cottage Way<br>Sacramento, CA 95825 |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2008

_____
Yuri Miyagawa