10.322

1  STEPHAN C. VOLKER (CSB #63093)
   JOSHUA A.H. HARRIS (CSB #226898)
2  LAW OFFICES OF STEPHAN C. VOLKER
   436 14th Street, Suite 1300
3  Oakland, California 94612
   Telephone: 510/496-0600
4  Facsimile:  510/496-1366

5  Attorneys for Plaintiffs
   STOP THE CASINO 101 COALITION,
6  CHIP WORTHINGTON, LINDA WORTHINGTON,
   MARILEE MONTGOMERY, ORLEAN KOEHLE,
7  MICHAEL ERICKSON, and MICHAEL T. HEALY

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 STOP THE CASINO 101 COALITION,        )  Civ. No. C 08-02846 JCS
12 CHIP WORTHINGTON, LINDA               )
   WORTHINGTON, MARILEE                  )  **PROOF OF SERVICE**
13 MONTGOMERY, ORLEAN KOEHLE,            )  **OF SUMMONS, COMPLAINT**
14 MICHAEL ERICKSON, and MICHAEL T.      )  **AND RELATED COURT**
   HEALY,                                )  **NOTICES ON UNITED STATES**
15                                       )  **ATTORNEY GENERAL**
                                         )
16           Plaintiffs,                 )
                                         )
17      v.                               )
                                         )
18                                       )
   DIRK KEMPTHORNE, Secretary of the     )
19 United States Department of the Interior; )
20 CARL J. ARTMAN, Assistant Secretary of )
   the United States Department of the Interior )
21 for Indian Affairs; UNITED STATES     )
22 DEPARTMENT OF THE INTERIOR;           )
   JERRY GIDNER, Director, Bureau of Indian )
23 Affairs, Department of the Interior, DALE )
24 MORRIS, Pacific Regional Director, Bureau )
   of Indian Affairs, Department of the Interior; )
25 and UNITED STATES BUREAU OF           )
26 INDIAN AFFAIRS,                       )
                                         )
27           Defendants.                 )
28 _____ )

Proof of Service of Summons, Complaint and Related
Court Notices on Defendants

## PROOF OF PERSONAL SERVICE

I am a citizen of the United States of America; I am over the age of 18 years and not a party to within entitled action. My business address is 436 14th Street, Suite 1300, Oakland, California 94612.

On August 6, 2008, I arranged for the personal service of true copies of the following documents entitled:

Summons

Complaint for Declaratory and Injunctive Relief

Notice of Assignment of Case to a United States Magistrate Judge for Trial

Case Management Conference Order

Order Setting Initial Case Management Conference and ADR Deadlines

Standing Order

Civil Standing Orders for Magistrate Judge Joseph C. Spero

Standing Order for All Judges of the Northern District of California

Standing Order Re: Case Management Conference

Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

Clerk's Notice to Plaintiffs re: Consent or Declination to Proceed before a U.S. Magistrate Judge

Consent to Proceed Before a United States Magistrate Judge

Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

Notice of Rule Discontinuing Service by Mail

Welcome to the U.S. District Court, San Francisco

U.S. District Court Northern California - ECF Registration Information Handout

List of Magistrate Judges

1 | in the above-captioned matter on:

2 | United States Attorney General
3 | (Tiffani Chill)
  | 450 Golden Gate Avenue
4 | San Francisco, California

5 |     I certify under penalty of perjury that the foregoing is true and correct.

7 | Dated: August 7, 2008

                       Teddy Ann Fuss

Proof of Service of Summons, Complaint and Related
Court Notices on Defendants      - 3 -