1  STEPHAN C. VOLKER (CSB #63093)                                                    10.322
   JOSHUA A.H. HARRIS (CSB #226898)
2  LAW OFFICES OF STEPHAN C. VOLKER
   436 14th Street, Suite 1300
3  Oakland, California 94612
   Telephone:  510/496-0600
4  Facsimile:   510/496-1366

5  Attorneys for Plaintiffs
   STOP THE CASINO 101 COALITION,
6  CHIP WORTHINGTON, LINDA WORTHINGTON,
   MARILEE MONTGOMERY, ORLEAN KOEHLE,
7  MICHAEL ERICKSON, and MICHAEL T. HEALY

8
                   IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  STOP THE CASINO 101 COALITION,        )  Civ. No. C 08-02846 JCS
12  CHIP WORTHINGTON, LINDA              )
    WORTHINGTON, MARILEE                 )  **PROOF OF SERVICE**
13  MONTGOMERY, ORLEAN KOEHLE,           )  **OF SUMMONS, COMPLAINT**
14  MICHAEL ERICKSON, and MICHAEL T.     )  **AND RELATED COURT**
    HEALY,                               )  **NOTICES ON UNITED STATES**
15                                       )  **ATTORNEY GENERAL BY**
16            Plaintiffs,                )  **CERTIFIED RETURN-RECEIPT**
                                         )  **U.S. MAIL**
17       v.                              )
18                                       )
    DIRK KEMPTHORNE, Secretary of the    )
19  United States Department of the Interior; )
20  CARL J. ARTMAN, Assistant Secretary of )
    the United States Department of the Interior )
21  for Indian Affairs; UNITED STATES    )
22  DEPARTMENT OF THE INTERIOR;          )
    JERRY GIDNER, Director, Bureau of Indian )
23  Affairs, Department of the Interior, DALE )
24  MORRIS, Pacific Regional Director, Bureau )
    of Indian Affairs, Department of the Interior; )
25  and UNITED STATES BUREAU OF          )
26  INDIAN AFFAIRS,                      )
                                         )
27            Defendants.                )
                                         )
28  ───────────────────────────────      )

I am a citizen of the United States of America; I am over the age of 18 years and not a party to within entitled action.  My business address is 436 14th Street, Suite 1300, Oakland, California  94612.

On August 6, 2008, I served, via certified return-receipt United States mail (a copy of which is attached hereto bearing the delivery date of August 18, 2008 and the signature of a person by the last name of Parker, first name illegible, who accepted service) copies of the following documents entitled:

Summons

Complaint for Declaratory and Injunctive Relief

Notice of Assignment of Case to a United States Magistrate Judge for Trial

Case Management Conference Order

Order Setting Initial Case Management Conference and ADR Deadlines

Standing Order

Civil Standing Orders for Magistrate Judge Joseph C. Spero

Standing Order for All Judges of the Northern District of California

Standing Order Re: Case Management Conference

Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

Clerk's Notice to Plaintiffs re: Consent or Declination to Proceed before a U.S. Magistrate Judge

Consent to Proceed Before a United States Magistrate Judge

Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

Notice of Rule Discontinuing Service by Mail

Welcome to the U.S. District Court, San Francisco

U.S. District Court Northern California - ECF Registration Information Handout

List of Magistrate Judges

1  in the above-captioned matter on:

2  United States Attorney General
3  United States Department of Justice
   950 Pennsylvania Avenue, NW
4  Washington, D.C. 20530-0001

5      I certify under penalty of perjury that the foregoing is true and correct.

6

7

8  Dated: August 26, 2008

9                                              Teddy Ann Fuss

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Daniel L. Parker_     ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
AUG 1 8 2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)     7007 2680 0003 0043 3597

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540