**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOP THE CASINO 101 COALITION, *et al.*, | No. C 08-02846 SI |
| Plaintiffs, | **ORDER VACATING JANUARY 30 HEARING AND CASE MANAGEMENT CONFERENCE GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| DIRK KEMPTHORNE, *et al.*, | |
| Defendants. | |
| FEDERATED INDIANS OF GRATON RANCHERIA, | |
| Intervenor. | |

The January 30 hearing on defendants' and intervenor's motions to dismiss plaintiffs' complaint is VACATED in light of the parties' stipulation that the motions to dismiss are moot. [Docket Nos. 40, 41] Plaintiffs are given leave to file the proposed First Amended Complaint forthwith. The January 30 case management conference is VACATED and will be reset for 3:00 p.m. on the same day that the motions to dismiss plaintiff's first amended complaint are calendared or March 13, 2009, whichever comes first.

**IT IS SO ORDERED.**

Dated: 1/26/09

SUSAN ILLSTON
United States District Judge