1
2
3
4
5
6
7
8
9
10

11 IN THE UNITED STATES DISTRICT COURT

12 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 STOP THE CASINO 101 COALITION, ) Case No. 3:08-CV-02846 SI
CHIP WORTHINGTON, LINDA )
14 WORTHINGTON, MARILEE )
MONTGOMERY, ORLEAN KOEHLE, )
15 MICHAEL ERICKSON, and MICHAEL T. )
HEALY, )
16 ) STIPULATION FOR REVISED CASE
Plaintiffs, ) MANAGEMENT SCHEDULE
17 )
vs. ) AND
18 )
) [PROPOSED] ORDER
19 DIRK KEMPTHORNE, Secretary of the )
United States Department of the Interior; ) Judge: Honorable Susan Illston
20 CARL J. ARTMAN, Assistant Secretary of )
the United States Department of the Interior )
21 for Indian Affairs; UNITED STATES )
DEPARTMENT OF THE INTERIOR; )
22 JERRY GIDNER, Director, Bureau of )
Indian Affairs, Department of the Interior, )
23 DALE MORRIS, Pacific Regional Director, )
Bureau of Indian Affairs, Department of the )
24 Interior; and UNITED STATES BUREAU )
OF INDIAN AFFAIRS )
25
Federated Indians of Graton Rancheria, )
26 )
Intervenor. )
27 )

28

STIPULATION FOR REVISED CASE MANAGEMENT SCHEDULE

1  Pursuant to Local Civil Rules 6 and 16, Plaintiffs Stop the Casino 101, et al.
2  ("Plaintiffs"), Defendants Dirk Kempthorne, et al. (the "Federal Defendants"), and Intervenor-
3  Defendants the Federated Indians of Graton Rancheria (the "Tribe") (collectively, the "Parties")
4  hereby file this stipulation for a revised case management schedule:

**I.  STATEMENT OF REASONS SUPPORTING STIPULATION**

On January 23, 2009, Plaintiffs, the Federal-Defendants, and the Tribe filed a Joint Case Management Statement in this matter. In their Joint Statement, the Parties agreed that motions to dismiss Plaintiffs' First Amended Complaint should be filed no later than February 20, 2009, and heard on March 27, 2009.

On January 26, 2009, the Court issued an order vacating the previously scheduled January 30, 2009 Case Management Conference and granting Plaintiffs leave to file their proposed First Amended Complaint. The January 26, 2009 order also reset the Case Management Conference for 3:00 p.m. on the same day that the motions to dismiss Plaintiffs' First Amended Complaint are calendared or March 13, 2009, whichever comes first.

All three Parties have conflicts with the March 13, 2009 Case Management Conference date calendared by the Court. Lead counsel for the Tribe Mr. Yost has a prior commitment to moderate an out-of-state American Bar Association panel which conflicts with a March 13, 2009 conference date. Lead counsel for plaintiffs Mr. Volker has a previously calendared all-day trial in Mariposa County on March 13, 2009. Additionally, given the effect of the change in Administration on the Federal Defendants, they represent that March 27, 2009 is now the earliest practicable date for them to participate in the Case Management Conference or a hearing on the motions to dismiss. Accordingly, the Parties stipulate to calendaring the Case Management Conference and the hearing on Defendants' motions to dismiss for March 27, 2009.

**II.  STIPULATED REVISED SCHEDULE**

The Parties stipulate to the following revisions to the schedule for the Case Management Conference:

STIPULATION FOR REVISED CASE MANAGEMENT SCHEDULE
PAGE 1

<u>Existing:</u>  Case Management Conference to be held on the sooner of (1) the day that the motions to dismiss Plaintiffs' First Amended Complaint are calendared or (2) March 13, 2009.

<u>Proposed:</u>  Defendants will file motions to dismiss Plaintiffs' First Amended Complaint no later than February 20, 2009.

Motions to dismiss Plaintiffs' First Amended Complaint to be heard on March 27, 2009.

Case Management Conference to be held on the date of the hearing on Defendants' motions to dismiss.

### III. CHANGES REQUIRED IN THE SCHEDULE OF THE CASE

The Parties stipulate to the revisions to the schedule for the Case Management Conference described in Part II, above.  No other changes in the schedule of the case are involved.

Respectfully submitted,

Dated: January 28, 2009                                SONNENSCHEIN NATH & ROSENTHAL LLP


By _____/S/_____
            NICHOLAS C. YOST

Attorneys for Intervenor
Federated Indians of Graton Rancheria

Dated: January 28, 2009                                MAIER PFEFFER & KIM LLP


By _____/S/_____
            JOHN MAIER

Attorneys for Intervenor
Federated Indians of Graton Rancheria

STIPULATION FOR REVISED CASE MANAGEMENT SCHEDULE
PAGE 2

| | | |
|---|---|---|
| 1 | Dated: January 28, 2009 | UNITED STATES DEPARTMENT OF JUSTICE |

By _____/S/_____
        JUDITH RABINOWITZ

Attorney for Defendants
Dirk Kempthorne, et al.

Dated: January 28, 2009      LAW OFFICES OF STEPHAN C. VOLKER

By _____/S/_____

Attorneys for Plaintiffs
Stop the Casino 101 Coalition, et al.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

*/s/ Susan Illston*

SUSAN ILLSTON
United States District Judge

STIPULATION FOR REVISED CASE MANAGEMENT SCHEDULE
PAGE 3