|   |   |   |
|---|---|---|
| 1 | STEPHAN C. VOLKER (CSB #63093) | 10.322 |
| 2 | JOSHUA A.H. HARRIS (CSB #226898)<br>LAW OFFICES OF STEPHAN C. VOLKER | |
| 3 | 436 14th Street, Suite 1300<br>Oakland, California 94612 | |
| 4 | Telephone: 510/496-0600<br>Facsimile: 510/496-1366 | |

Attorneys for Plaintiffs
STOP THE CASINO 101 COALITION,
CHIP WORTHINGTON, LINDA WORTHINGTON,
MARILEE MONTGOMERY, ORLEAN KOEHLE,
MICHAEL ERICKSON, and MICHAEL T. HEALY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOP THE CASINO 101 COALITION, CHIP WORTHINGTON, LINDA WORTHINGTON, MARILEE MONTGOMERY, ORLEAN KOEHLE, MICHAEL ERICKSON, and MICHAEL T. HEALY,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior; CARL J. ARTMAN, Assistant Secretary of the United States Department of the Interior for Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; JERRY GIDNER, Director, Bureau of Indian Affairs, Department of the Interior, DALE MORRIS, Pacific Regional Director, Bureau of Indian Affairs, Department of the Interior; and UNITED STATES BUREAU OF INDIAN AFFAIRS,<br><br>Defendants.<br>_____ | Civ. No. C 08-02846 SI<br><br>**STIPULATION RE CORRECTIONS TO FIRST AMENDED COMPLAINT**<br><br>**and**<br><br>**[PROPOSED] ORDER**<br><br>Judge: HON. SUSAN ILLSTON,<br>          DISTRICT COURT JUDGE |

STIPULATION RE CORRECTIONS TO FIRST AMENDED
COMPLAINT; ORDER

1  Through their undersigned counsel, the parties hereby stipulate that plaintiffs may
2  file their First Amended Complaint as ordered by this Court, with the following textual
3  corrections:

| Page | Line | Erroneous Text | Corrected Text |
|------|------|----------------|----------------|
| 2 | 21 | Stations | Station |
| 2 | 21 | publicly | privately |
| 14 | 8 | restored | "restored" |
| 19 | 17 | LLC at | LLC, a subsidiary of Station Casinos, Inc., at |
| 20 | 7 | Stations | Station |
| 20 | 27 | Stations | Station |
| 24 | 7 | subsidiaries of Stations | SC Sonoma Development LLC, a subsidiary of Station |
| 26 | 5 | Stations | Station |

IT IS SO STIPULATED.

Dated: January 28, 2009  LAW OFFICES OF STEPHAN C. VOLKER

/s/ Stephan C. Volker_____
STEPHAN C. VOLKER
Attorneys for Plaintiffs STOP THE CASINO 101 COALITION, *et al.*

Dated: January 28, 2009  UNITED STATES DEPARTMENT OF JUSTICE

/s/ Judith Rabinowitz_____
JUDITH RABINOWITZ
Attorneys for Defendants DIRK KEMPTHORNE, et al.

Dated: January 28, 2009  SONNENSCHEIN, NATH & ROSENTHAL

/s/ Nicholas C. Yost_____
NICHOLAS C. YOST
Attorneys for Intervenor FEDERATED INDIANS OF GRATON RANCHERIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Based on the parties' foregoing stipulation,

**IT IS SO ORDERED**.

Dated: _____

_____
HON. SUSAN ILLSTON,
UNITED STATES DISTRICT JUDGE

STIPULATION RE CORRECTIONS TO FIRST AMENDED
COMPLAINT; ORDER

- 3 -