1 STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #222886)
2 LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
3 Oakland, CA 94612
Tel: 510.496.0600
4 Fax: 510.496.1366

5 Attorneys for Plaintiffs
STOP THE CASINO 101 COALITION, ROBERT AHERNE,
6 AMY BOYD, LISA CATELANI, FRANK EGGER,
MICHAEL ERICKSON, MICHAEL HEALY, LINDA
7 LONG, LISA McELROY, PAM MILLER, MARILEE
MONTGOMERY, FRED SOARES, JAMIE WALLACE,
8 CHIP WORTHINGTON and LINDA WORTHINGTON

9

10 IN THE UNITED STATES DISTRICT COURT

11 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 STOP THE CASINO 101 COALITION, ROBERT ) Civ. No. C 08-02846 SI
AHERNE, AMY BOYD, LISA CATELANI, FRANK )
13 EGGER, MICHAEL ERICKSON, MICHAEL ) **STIPULATION EXTENDING**
HEALY, LINDA LONG, LISA McELROY, PAM ) **TIME TO FILE PLAINTIFFS'**
14 MILLER, MARILEE MONTGOMERY, FRED SOARES, ) **OPPOSITIONS TO**
15 JAMIE WALLACE, CHIP WORTHINGTON and LINDA ) **DEFENDANTS' AND**
WORTHINGTON, ) **INTERVENOR'S MOTIONS TO**
16 ) **DISMISS AND REPLIES**
) **THERETO BY ONE WEEK**
17 Plaintiffs, )
v. )
18 ) **and**
)
19 KENNETH SALAZAR, Secretary of the United States )
Department of the Interior; CARL J. ARTMAN, Assistant ) **[PROPOSED] ORDER THEREON**
20 Secretary of the United States Department of the Interior for )
Indian Affairs; UNITED STATES DEPARTMENT OF ) Judge: HON. SUSAN ILLSTON,
21 THE INTERIOR; JERRY GIDNER, Director, Bureau of ) DISTRICT COURT JUDGE
Indian Affairs, Department of the Interior, DALE )
22 MORRIS, Pacific Regional Director, Bureau of Indian )
Affairs, Department of the Interior; and UNITED STATES ) Date: March 27, 2009
23 BUREAU OF INDIAN AFFAIRS, ) Time: 9:00 a.m.
) Courtroom: 10
24 )
Defendants, )
25 )
_____ )
26 )
)
27 FEDERATED INDIANS OF GRATON RANCHERIA, )
)
28 Intervenor. )
_____ )

Stipulation Extending Time to File Plaintiffs' Oppositions to
Defendants' and Intervenor' s Motions to Dismiss; Order

1      Through their undersigned counsel, the parties hereby stipulate to the extension by one

2   week of the current deadlines for plaintiffs' oppositions to dismiss defendants' and intervenor's

3   motions, and for defendants' and intervenor's replies thereto, as follows:

4          1.      Plaintiffs' opposition will be due on March 13, 2009; and

5          2.      Defendants' and Intervenor's replies will be due on March 20, 2009;

6      The parties have agreed to maintain the currently assigned hearing date of March 27, 2009,

7   provided that this arrangement does not unduly compromise the Court's ability to adequately

8   review the matters presented by the motions to dismiss and to prepare for the hearing thereon.

9

10  Dated:  March 6, 2009              LAW OFFICES OF STEPHAN C. VOLKER

11

12                                     /s/ Stephan C. Volker_____
                                       STEPHAN C. VOLKER
13                                     Attorneys for Plaintiffs STOP THE CASINO 101
                                       COALITION, *et al.*
14

15  Dated:  March 6, 2009              UNITED STATES DEPARTMENT OF
                                       JUSTICE
16

17                                     /s/ Judith Rabinowitz_____
                                       JUDITH RABINOWITZ
18                                     Attorneys for Defendants KENNETH SALAZAR, et al.

19  Dated:  March 6, 2009              SONNENSCHEIN, NATH & ROSENTHAL

20

21                                     /s/ Nicholas C. Yost_____
                                       NICHOLAS C. YOST
22                                     Attorneys for Intervenor FEDERATED INDIANS OF
                                       GRATON RANCHERIA
23  ///

24  ///

25  ///

26

27

28

Stipulation Extending Time to File Plaintiffs'  Oppositions to
Defendants'  and Intervenor' s Motions to Dismiss; Order        - 2 -

**[PROPOSED] ORDER**

Good cause appearing from the parties' foregoing stipulation, the Court HEREBY

ORDERS that plaintiffs' oppositions to the motions to dismiss shall be filed on or before March

13, 2009 and defendants' and intervenor's replies thereto shall be filed on or before March 20,

2009.

The Court FURTHER ORDERS that the hearing on the motion to dismiss will remain

calendared for March 27, 2009, unless the Court orders otherwise.

IT IS SO ORDERED.

Dated: March __, 2009

_____

HON. SUSAN ILLSTON,
DISTRICT COURT JUDGE

Stipulation Extending Time to File Plaintiffs' Oppositions to
Defendants' and Intervenor's Motions to Dismiss; Order        - 3 -