STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #222886)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, CA 94612
Tel: 510.496.0600
Fax: 510.496.1366

Attorneys for Plaintiffs
STOP THE CASINO 101 COALITION, ROBERT AHERNE,
AMY BOYD, LISA CATELANI, FRANK EGGER,
MICHAEL ERICKSON, MICHAEL HEALY, LINDA
LONG, LISA McELROY, PAM MILLER, MARILEE
MONTGOMERY, FRED SOARES, JAMIE WALLACE,
CHIP WORTHINGTON and LINDA WORTHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOP THE CASINO 101 COALITION, ROBERT AHERNE, AMY BOYD, LISA CATELANI, FRANK EGGER, MICHAEL ERICKSON, MICHAEL HEALY, LINDA LONG, LISA McELROY, PAM MILLER, MARILEE MONTGOMERY, FRED SOARES, JAMIE WALLACE, CHIP WORTHINGTON and LINDA WORTHINGTON,<br><br>    Plaintiffs,<br> v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior; CARL J. ARTMAN, Assistant Secretary of the United States Department of the Interior for Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; JERRY GIDNER, Director, Bureau of Indian Affairs, Department of the Interior, DALE MORRIS, Pacific Regional Director, Bureau of Indian Affairs, Department of the Interior; and UNITED STATES BUREAU OF INDIAN AFFAIRS,<br><br>    Defendants,<br>_____<br><br>FEDERATED INDIANS OF GRATON RANCHERIA,<br><br>    Intervenor.<br>_____ | Civ. No. C 08-02846 JCSI<br><br>**STIPULATION FOR FILING OF PLAINTIFFS' CORRECTED OPPOSITION TO INTERVENOR FEDERATED INDIANS OF GRATON RANCHERIA'S MOTION TO DISMISS**<br><br>**AND**<br><br>**[PROPOSED] ORDER THEREON**<br><br>Complaint Filed: June 6, 2008<br><br>Date: March 27, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston<br>Dept: 10 |

Stipulation for Filing Plaintiffs' Corrected Opposition to
Intervenor Federated Indians of Graton Rancheria's Motion to Dismiss

Civ. No. C 08-02846 JC SI

1  Through their undersigned counsel, the parties hereby stipulate that Plaintiffs' Corrected Opposition to Intevenor Federated Indians of Graton Rancheria's Motion to Dismiss, filed on March 14, 2009, may be substituted for Plaintiffs' Opposition to Intevenor Federated Indians of Graton Rancheria's Motion to Dismiss, filed March 13, 2009, which shall be deemed withdrawn.

DATED: March 16, 2009  /s/
STEPHAN C. VOLKER
Attorneys for Plaintiffs
STOP THE CASINO 101 COALITION, et al.

DATED: March 16, 2009  /s/
NICHOLAS C. YOST
Sonnenschein, Nath and Rosenthal, LLP
Attorneys for Intervenor
Federated Indians of Graton Rancheria

DATED: March 16, 2009  /s/
JUDITH RABINOWITZ
United States Department of Justice
Attorneys for the United States Defendants

[ORDER]

Good cause appearing from the parties' foregoing stipulation,

IT IS SO ORDERED.

DATED: March ___, 2009
_____
Honorable Susan Illston
United States District Judge

Stipulation for Filing Plaintiffs' Corrected Opposition to
Intervenor Federated Indians of Graton Rancheria's Motion to Dismiss
- i -                                      Civ. No. C 08-02846 JC SI