1  STEPHAN C. VOLKER (CSB #63093)
   JOSHUA A.H. HARRIS (CSB #222886)
2  LAW OFFICES OF STEPHAN C. VOLKER
   436 14th Street, Suite 1300
3  Oakland, CA  94612
   Tel:  510.496.0600
4  Fax: 510.496.1366

5  Attorneys for Plaintiffs
   STOP THE CASINO 101 COALITION, ROBERT AHERNE,
6  AMY BOYD, LISA CATELANI, FRANK EGGER,
   MICHAEL ERICKSON, MICHAEL HEALY, LINDA
7  LONG, LISA McELROY, PAM MILLER, MARILEE
   MONTGOMERY, FRED SOARES, JAMIE WALLACE,
8  CHIP WORTHINGTON and LINDA WORTHINGTON

9

10                 IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  STOP THE CASINO 101 COALITION, ROBERT          ) **Civ. No. C 08-02846 JCSI**
    AHERNE, AMY BOYD, LISA CATELANI, FRANK         )
13  EGGER, MICHAEL ERICKSON, MICHAEL               )
    HEALY, LINDA LONG, LISA McELROY, PAM MILLER,   ) **PLAINTIFFS' APPLICATION TO**
14  MARILEE MONTGOMERY, FRED SOARES, JAMIE          ) **FILE SURREPLY TO FEDERAL**
    WALLACE, CHIP WORTHINGTON and LINDA            ) **DEFENDANTS' AND**
15  WORTHINGTON,                                   ) **INTERVENOR'S REPLIES IN**
                                                   ) **SUPPORT OF MOTIONS TO**
16                                                 ) **DISMISS**
                   Plaintiffs,                     )
17         v.                                      )
                                                   ) Complaint Filed:  June 6, 2008
18                                                 )
    DIRK KEMPTHORNE, Secretary of the United States) Date:   March 27, 2009
19  Department of the Interior; CARL J. ARTMAN, Assistant) Time:   9:00 a.m.
    Secretary of the United States Department of the Interior for) Judge:  Hon. Susan Illston
20  Indian Affairs; UNITED STATES DEPARTMENT OF    ) Dept:   10
    THE INTERIOR; JERRY GIDNER, Director, Bureau of)
21  Indian Affairs, Department of the Interior, DALE)
    MORRIS, Pacific Regional Director, Bureau of Indian)
22  Affairs, Department of the Interior; and UNITED STATES)
    BUREAU OF INDIAN AFFAIRS,                      )
23                                                 )
                                                   )
24                 Defendants,                     )
    _____   )
25                                                 )
                                                   )
26  FEDERATED INDIANS OF GRATON RANCHERIA,         )
                                                   )
27                 Intervenor.                     )
    _____   )
28

Plaintiffs' Application to File Surreply                          Civ. No. C 08-02846 JC SI

1  Plaintiffs respectfully request permission to file a short surreply to object to and rebut new

2  arguments raised in the federal defendants' reply brief filed March 20, 2009.  Plaintiffs also object to

3  intervenor's citation to unpublished authorities.

4  The grounds for this motion are that the federal defendants used their reply as a "vehicle for

5  presenting new arguments or legal theories to the court," which is not allowed.  2A Federal Procedure,

6  Lawyers Edition, § 3:736, updated September 2008; *Central Delta Water Agency v. United States*, 306

7  F.3d 938, 952 n. 10 (9th Cir. 2002).  Plaintiffs ask this Court to strike or ignore federal defendants' new

8  arguments, or alternatively to consider plaintiffs' surreply demonstrating that defendants' new arguments

9  – even if considered – have no merit.  Additionally, plaintiffs' surreply objects to intervenor's mistaken

10  citation to unpublished decisions despite this Court's contrary rule.  Civil Local Rules, Rule 3-4(e).

13  DATED:  March 25, 2009     Respectfully submitted,
LAW OFFICES OF STEPHAN C. VOLKER
14                             /s/ Stephan C. Volker
STEPHAN C. VOLKER
15                             Attorneys for Plaintiffs

20  **[PROPOSED] ORDER**

21  Plaintiffs' application to file a surreply is hereby **GRANTED**.  Said surreply, which was lodged

22  with plaintiffs' application, shall be deemed filed.

23  IT IS SO ORDERED.

25  _____
HON. SUSAN ILLSTON
26  DISTRICT COURT JUDGE

Plaintiffs' Application to File Surreply     - 1 -     Civ. No. C 08-02846 JC SI