IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOP THE CASINO 101 COALITION, et al., | No. C 08-02846 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| KEN SALAZAR, et al., | |
| Defendants. | |
| FEDERATED INDIANS OF GRATON RANCHERIA, | |
| Intervenor. | |

Defendants' and Intervenor's motions to dismiss are granted.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 21, 2009

SUSAN ILLSTON
United States District Judge