STEPHAN C. VOLKER  (CSB #63093)
JOSHUA A.H. HARRIS  (CSB #222886)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, CA 94612
Tel:  510.496.0660
Fax:  510.496.1366

Attorneys for Plaintiffs/Appellants
FRANK EGGER AND FRED SOARES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOP THE CASINO 101 COALITION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEN SALAZAR, Secretary of the United ) <br> Stated Department of the Interior, et al., ) <br> ) <br> Defendants. ) <br> ) <br> FEDERATED INDIANS OF GRATON ) <br> RANCHERIA, ) <br> ) <br> Intervenor. ) | Civ. No. C 08-02846 SI <br><br> **NOTICE OF SUBSTITUTION OF ATTORNEYS** |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that plaintiffs and appellants Stop the Casino 101 Coalition, Robert Aherne, Amy Boyd, Lisa Catelani, Michael Erickson, Michael Healy, Linda Long, Lisa McElroy, Pam Miller, Marilee Montgomery, Jamie Wallace, Chip Worthington and Linda Worthington make the following substitution of counsel for their appeal in this matter pursuant to their signed authorizations attached hereto as Exhibit 1:

**Former attorneys for plaintiffs/appellants Stop the Casino 101 Coalition, Robert Aherne, Amy Boyd, Lisa Catelani, Michael Erickson, Michael Healy, Linda Long, Lisa McElroy, Pam Miller, Marilee Montgomery, Jamie Wallace, Chip Worthington and Linda Worthington:**

Stephan C. Volker  (CSB #63093)
Law Offices of Stephan C. Volker
436 14th Street, Suite 1300
Oakland, CA 94612
Tel:  510.496.0660
Fax:  510.496.1366

**New attorneys for plaintiffs/appellants Stop the Casino 101 Coalition, Robert Aherne, Amy Boyd, Lisa Catelani, Michael Erickson, Michael Healy, Linda Long, Lisa McElroy, Pam Miller, Marilee Montgomery, Jamie Wallace, Chip Worthington and Linda Worthington:**

Elliot L. Bien  (CSB # 90744)
Bien & Summers
23 Palomino Road
Novato, CA 94947
Tel:  415.898.2900
Fax:  415. 898.1922

I consent to this substitution:

LAW OFFICES OF STEPHAN C. VOLKER

Date:  June 17, 2009            /S/
                                By:    STEPHAN C. VOLKER
                                Attorneys for Plaintiffs and Appellants Frank Egger and Fred Soares, and former attorneys for above-listed Plaintiffs and Appellants

I consent to this substitution:

BIEN & SUMMERS

Date:  June 17, 2009            /S/
                                By:    ELLIOT L. BIEN
                                New attorneys for above-listed Plaintiffs and Appellants

*IT IS SO ORDERED*
*Judge Susan Illston*

NOTICE OF SUBSTITUTION OF ATTORNEYS
-2-

| | |
|---|---|
| 1 | ELLIOT L. BIEN (Cal.Bar # 90744) |
| 2 | BIEN & SUMMERS |
|   | 23 Palomino Road |
| 3 | Novato, California 94947 |
|   | Telephone: (415) 898-2900 |
| 4 | Facsimile: (415) 898-1922 |
| 5 | E-mail: elb@biencounsel.com |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STOP THE CASINO 101 COALITION, et al., | ) | |
| | ) | Civ. No. C 08-02846 SI |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| KEN SALAZAR, Secretary of the United | ) | |
| Stated Department of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | **AUTHORIZATIONS FOR** |
| | ) | **REPRESENTATION BY** |
| FEDERATED INDIANS OF GRATON | ) | **ELLIOT L. BIEN OF THE** |
| RANCHERIA, | ) | **FIRM OF BIEN & SUMMERS** |
| | ) | |
| Intervenor. | ) | |

The plaintiffs signing below or on the following page hereby authorize Elliot L. Bien of the firm of Bien & Summers to represent them in the above-captioned case and any related appellate proceedings that may follow.

STOP THE CASINO 101 COALITION by:

*/s/ Robert A. Aherne*

ROBERT AHERNE

*/s/ [signature]*
Its authorized representative

EXHIBIT 1

| | |
|---|---|
| 1 | *[signature]* |
| 2 | AMY BOYD |
| 3 | *[signature]* |
| 4 | LISA CATELANI |
| 5 | |
| 6 | _____<br>FRANK EGGER |
| 7 | |
| 8 | *[signature]*<br>MICHAEL ERICKSON |
| 9 | |
| 10 | *[signature]* |
| 11 | MICHAEL HEALY |
| 12 | *[signature]* |
| 13 | LINDA LONG |
| 14 | *[signature]* |
| 15 | LISA McELROY |
| 16 | *[signature]* |
| 17 | PAM MILLER |
| 18 | |
| 19 | _____ |
| 20 | MARILEE MONTGOMERY |
| 21 | |
| 22 | _____<br>FRED SOARES |
| 23 | *[signature]* |
| 24 | JAMIE WALLACE |
| 25 | *[signature]* |
| 26 | CHIP WORTHINGTON |
| 27 | *[signature]* |
| 28 | LINDA WORTHINGTON |

| | |
|---|---|
| 1 | |
| 2 | _____<br>AMY BOYD |
| 3 | |
| 4 | _____<br>LISA CATELANI |
| 5 | |
| 6 | _____<br>FRANK EGGER |
| 7 | |
| 8 | _____<br>MICHAEL ERICKSON |
| 9 | |
| 10 | _____<br>MICHAEL HEALY |
| 11 | |
| 12 | |
| 13 | _____<br>LINDA LONG |
| 14 | |
| 15 | _____<br>LISA McELROY |
| 16 | |
| 17 | _____<br>PAM MILLER |
| 18 | |
| 19 | */s/ Marilee Montgomery/*<br>MARILEE MONTGOMERY |
| 20 | |
| 21 | |
| 22 | _____<br>FRED SOARES |
| 23 | |
| 24 | _____<br>JAMIE WALLACE |
| 25 | |
| 26 | _____<br>CHIP WORTHINGTON |
| 27 | |
| 28 | _____<br>LINDA WORTHINGTON |